IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FAREN A. HOLLEY, Administratrix of the Estate of CRAIG J. GAUSE, <br><br> Plaintiff, <br><br> v. <br><br> KIA MOTORS CORPORATION aka/dba KIA MOTORS AMERICA, INC., <br><br> Defendant. | Civil Action No. 5:14-cv-00532-D |

### ORDER GRANTING KMC'S MOTION TO STAY DISCOVERY

Having considered Kia Motor Corporation's ("KMC") motion to stay discovery pending the resolution of its motion to dismiss, the Court ORDERS as follows:

KMC's motion to stay is GRANTED. All discovery in this action is stayed pending the resolution of KMC's motion to dismiss. The deadlines in the Court's October 29, 2014 Order are thus vacated, and the Court will issue new Rule 26(f) deadlines, if necessary, following its resolution of KMC's motion to dismiss.

Dated: 12/21/14

HON. JAMES C. DEVER III
Chief United States District Judge