IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-532-D

| | |
|---|---|
| FAREN A. HOLLEY, Administratrix of the Estate of Craig J. Gause, <br><br> Plaintiff, <br><br> v. <br><br> KIA MOTORS CORPORATION, <br><br> Defendant. | **ORDER** |

On January 8, 2015, plaintiff filed a motion to dismiss her action against defendant [D.E. 19]. Plaintiff filed it pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Because defendant has yet to file an answer or motion for summary judgment, plaintiff could have filed a notice of dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. In any event, plaintiff's motion to dismiss [D.E. 19] is GRANTED, and the action is DISMISSED without prejudice. Defendant's motion to dismiss [D.E. 6] is DISMISSED as moot. The clerk shall close the case.

SO ORDERED. This __8__ day of January 2015.

                                                        JAMES C. DEVER III
                                                       Chief United States District Judge